# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>MUSGRAVE, R. KENTON | 2. Court or Organization<br><br>U.S. COURT OF INT'L TRADE | 3. Date of Report<br><br>05/31/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>SENIOR JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☐ Annual    ☑ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>ONE FEDERAL PLAZA<br>NEW YORK<br>NEW YORK<br>10278-0001 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE EMERITUS | THE DIAN FOSSLEY GORILLA FUND |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MUSGRAVE, R. KENTON | 05/31/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MUSGRAVE, R. KENTON | 05/31/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MUSGRAVE, R. KENTON | 05/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. DUKE ENERGY CORP | D | Dividend | M | T | | | | | |
| 2. AT&T | B | Dividend | K | T | | | | | |
| 3. SOUTHERN CO | B | Dividend | K | T | | | | | |
| 4. YAMANA GOLD, INC. | A | Dividend | J | T | | | | | |
| 5. EXXON MOBILE CORP | A | Dividend | J | T | | | | | |
| 6. BANK OF AMERICA MONEY MARKET CHECK INTEREST CHECKING (X) | A | Interest | J | T | | | | | |
| 7. AEGON NV | A | Dividend | J | T | | | | | |
| 8. MARATHON PETROLEUM CORP COM | A | Dividend | K | T | | | | | |
| 9. VERIZON COMM COM | A | Dividend | K | T | | | | | |
| 10. AMERICAN WRT WORKS CO | A | Dividend | K | T | | | | | |
| 11. AMN ELECTRIC POWER | A | Dividend | K | T | | | | | |
| 12. MARATHON OIL CORP | A | Dividend | J | T | | | | | |
| 13. KINDER MORGAN ENERGY PARTNERS | B | Dividend | L | T | | | | | |
| 14. BANK SWEEP | A | Interest | J | T | | | | | |
| 15. AMG FUNDS III | | None | | | Sold | 05/03/18 | K | | |
| 16. INVESCO GLOBAL REAL | | None | | | Sold | 05/03/18 | J | A | |
| 17. AMERICAN CENTY INVT TR | | None | | | Sold | 05/03/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MUSGRAVE, R. KENTON | 05/31/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. COHEN & STEERS | | None | | | Sold | 05/03/18 | J | | |
| 19. DODGE & COX STK FD | A | Dividend | J | T | Buy | 03/28/18 | J | | |
| 20. | | | | | Sold (part) | 05/03/18 | J | A | |
| 21. FIDELITY ADVISOR | A | Dividend | | | Sold | 05/03/18 | J | | |
| 22. GOLDMAN SACH TR | A | Dividend | J | T | | | | | |
| 23. HARTFORD MUTL FDS | A | Dividend | J | T | | | | | |
| 24. AMERICAN FUNDS | A | Dividend | | | Sold | 05/03/18 | K | A | |
| 25. MAINSTAY MACKAY | A | Dividend | | | Sold | 05/03/18 | J | | |
| 26. MFS SER TR X | A | Dividend | J | T | | | | | |
| 27. METROPOLITAN WEST | A | Dividend | | | Sold | 05/03/18 | K | | |
| 28. CHAMPLAIN FUNDS SMALL CO FUND INSTL | A | Dividend | | | Sold | 03/21/18 | J | | |
| 29. WELLS FARGO FDS TR SMALL CO GROW CL INS | A | Dividend | | | Sold | 05/03/18 | J | A | |
| 30. WELLS FARGO EMERGING MARKETS EQ FD | A | Dividend | | | Sold | 05/03/18 | J | A | |
| 31. AMERICAN FUNDS EUROPACIFIC GROWTH FD | A | Dividend | | | Sold | 03/21/18 | J | A | |
| 32. OPPENHEIMER INTL FD CLASS Y | A | Dividend | | | Sold | 05/03/18 | J | | |
| 33. PIMCO FDS PAC INVT MGMT SFR COMM REAL RET | A | Dividend | | | Sold | 05/03/18 | J | A | |
| 34. PRINCIPAL FDS INC SMALL MIDCAP DIV INC FD | A | Dividend | | | Sold | 05/03/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MUSGRAVE, R. KENTON | 05/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. T ROWE PRICE BLUE CHIP GROW FD | A | Dividend | | | Sold | 05/03/18 | K | C | |
| 36. THORNBURG INVT TR INVT INC BULR FD | A | Dividend | | | Sold | 05/03/18 | J | A | |
| 37. WELLS FARGO FDS TR SPECIAL MID CAP VALUE FD | A | Dividend | | | Sold | 05/03/18 | J | | |
| 38. AMERICAN CENT GROWTH CLASS | B | Dividend | K | T | Buy | 05/03/18 | K | | |
| 39. | | | | | Sold (part) | 09/17/18 | J | A | |
| 40. BARON SMALL CAP | B | Dividend | J | T | Buy | 05/03/18 | J | | |
| 41. | | | | | Sold (part) | 09/17/18 | J | A | |
| 42. FIRST EAGLE OVERSEAS | | None | | | Buy | 05/03/18 | J | | |
| 43. | | | | | Sold | 08/15/18 | J | | |
| 44. HARBOR CAP APPREC | B | Dividend | J | T | Buy | 05/03/18 | K | | |
| 45. | | | | | Sold (part) | 09/17/18 | J | A | |
| 46. MFS VALUE | A | Dividend | K | T | Buy | 05/03/18 | K | | |
| 47. OAKMARK EQ | | None | | | Buy | 05/03/18 | K | | |
| 48. | | | | | Sold | 11/05/18 | K | A | |
| 49. ABERDEEM FDS | A | Dividend | J | T | Buy | 05/03/18 | J | | |
| 50. DWS ENHANCED COMMODITY | A | Dividend | J | T | Buy | 05/03/18 | J | | |
| 51. DELAWARE GROUP EQ | A | Dividend | J | T | Buy | 11/05/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MUSGRAVE, R. KENTON | 05/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. EATON VANCE SER II | A | Dividend | J | T | Buy | 05/03/18 | J | | |
| 53. JP MORGAN TR II | A | Dividend | K | T | Buy | 05/03/18 | K | | |
| 54. PRINCIPAL GLOBAL | A | Dividend | J | T | Buy | 05/03/18 | J | | |
| 55. T ROWE PRICE REAL EST | A | Dividend | J | T | Buy | 05/03/18 | J | | |
| 56. T ROWE PRICE INT FED | A | Dividend | J | T | Buy | 08/15/18 | J | | |
| 57. VIRTUS FUNDS | B | Dividend | J | T | Buy | 05/03/18 | J | | |
| 58. VIRTUS ASSET TR | A | Dividend | J | T | Buy | 05/03/18 | J | | |
| 59. VICTORY SYCAMORE | B | Dividend | J | T | Buy | 05/03/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MUSGRAVE, R. KENTON | 05/31/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| MUSGRAVE, R. KENTON | 05/31/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **R. KENTON MUSGRAVE**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544